# THE LAW OFFICES OF SEAN M. MAHER, PLLC

April 12, 2024

**VIA ECF**

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE: *United States v. Mohammad David Hashimi,* **22 Cr. 553 (ENV)**
           **Defense response to government's classified *ex parte*, *in camera* motion for a protective order, Doc. Nos. 62, 62-1, & 62-2**

Dear Judge Vitaliano:

      We respectfully write on behalf of defendant Mohammed David Hashimi in response to the government's classified *ex parte*, *in camera* motion for a protective order.[1]

      The government foreshadowed its instant motion in its earlier CIPA § 2 motion,[2] to which the defense filed a fulsome response outlining the contours of CIPA and raising objections to anticipated government steps to invoke CIPA § 4 to impermissibly curtail the defense's ability to review otherwise discoverable material.[3]

      In his October 2023 CIPA response, Mr. Hashimi described the principles governing CIPA § 4,[4] and raised particular objections to the CIPA § 4 process, including, but not limited to, the improper use of *ex parte* proceedings and the inability of the Court to act as surrogate defense counsel.[5] Mr. Hashimi requested alternative relief, such as compelling the government to disclose to cleared defense

---

[1] *See* Doc. Nos. 62, 62-1, & 62-2, filed 03/20/2024, "CIPA § 4 motion."
[2] Doc. No. 49, filed 09/13/2023.
[3] Defense CIPA response, Doc. No. 52, filed 10/11/2023, "October 2023 CIPA response," attached as Exhibit 1.
[4] *Id.* at 1-5.
[5] *Id.* at 5-10.

THE LAW OFFICES OF SEAN M. MAHER, PLLC

counsel the legal arguments supporting the government's § 4 application[6] and permitting defense counsel to make its own *ex parte* presentation to the Court.[7]

    Mr. Hashimi relies upon his October 2023 CIPA response in challenging the government's CIPA § 4 motion and requests the Court to grant Mr. Hashimi the relief requested in his October 2023 CIPA response.

Respectfully submitted,

_____/S/_____
Sean M. Maher
Emilee A. Sahli
*Counsel for Mohammad David Hashimi*

---

[6] *Id.* at 10-12.

[7] *Id.* at 12-13.